AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
MAY 19 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| ALAMO FORENSIC SERVICES, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-20-CV-0038-XR |
| BEXAR COUNTY, TEXAS, ET.AL. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other**: Defendants' motion to dismiss Alamo Forensic's original complaint (No. 5) is GRANTED, and the motion for leave to file an amended complaint ( No. 7) is DENIED. The Clerk is DIRECTED to enter this clerks judgment pursuant to Rule 58 and CLOSE this case.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge**  Xavier Rodriguez.

Date:  05/19/2020

CLERK OF COURT

_Wayne Garcia, U.S. Deputy Clerk_
*Signature of Clerk or Deputy Clerk*